UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
NOV 19 2021
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. <u>6:21-CR-41-S-CHB-HAI</u>

**UNITED STATES OF AMERICA**            **PLAINTIFF**

V.      <u>**MOTION OF UNITED STATES TO SEAL INDICTMENT,
THIS MOTION, AND SUBSEQUENT PLEADINGS**</u>

**DAKOTA AUSTIN VENABLE,
WILLIAM CASEY FISH,
GEORGE CAMPOAMOR,
KEVIN J. TRETT,
DANIEL KELLY and
REBECCA FAULKNER**            **DEFENDANT**

\* \* \* \* \*

The United States moves to seal the superseding indictment, this motion, and subsequent pleadings.

Respectfully submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: _____
W. Samuel Dotson
Assistant United States Attorney
601 Meyers Baker Rd.
London, Kentucky 40741
(606) 864-5523
william.s.dotson@usdoj.gov