UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

*Eastern District of Kentucky*
**FILED**
NOV 19 2021
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. 6:21-CR-41-S-CHB-HAI

UNITED STATES OF AMERICA                                                   PLAINTIFF

V.                    **ORDER SEALING INDICTMENT,
                  MOTION, AND SUBSEQUENT PLEADINGS**

DAKOTA AUSTIN VENABLE,
WILLIAM CASEY FISH,
GEORGE CAMPOAMOR,
KEVIN J. TRETT,
DANIEL KELLY and
REBECCA FAULKNER                                                            DEFENDANT

\* \* \* \* \*

The Court ORDERS that the motion of the United States to seal is GRANTED, and the superseding indictment, the motion to seal, this order, and subsequent pleadings shall remain UNDER SEAL pending further order of the Court.

On this 19th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Copy: W. Samuel Dotson, Assistant United States Attorney