**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

Eastern District of Kentucky
**FILED**
NOV 19 2021
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 6:21-CR-41-S-CHB-HAI**

**UNITED STATES OF AMERICA**     **PLAINTIFF**

V.     **MOTION OF UNITED STATES TO UNSEAL INDICTMENT AND PLEADINGS**

**DAKOTA AUSTIN VENABLE,**
**WILLIAM CASEY FISH,**
**GEORGE CAMPOAMOR,**
**DANIEL KELLY and**
**REBECCA FAULKNER**     **DEFENDANTS**

\* \* \* \* \*

The United States moves to unseal the indictment and other pleadings sealed by the Order of November 19, 2021, as to the above named Defendants only.

Respectfully submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: _/s/ (for)_
W. Samuel Dotson
Assistant United States Attorney
601 Meyers Baker Rd.
London, Kentucky 40741
(606) 864-5523
william.s.dotson@usdoj.gov