# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF KENTUCKY
# SOUTHERN DIVISION
# LONDON

**CRIMINAL ACTION NO. <u>6:21-CR-41-S-CHB-HAI</u>**

**UNITED STATES OF AMERICA**                                                    **PLAINTIFF**

**V.**          <u>**ORDER UNSEALING INDICTMENT AND PLEADINGS**</u>

**DAKOTA AUSTIN VENABLE,**
**WILLIAM CASEY FISH,**
**GEORGE CAMPOAMOR,**
**DANIEL KELLY and**
**REBECCA FAULKNER**                                            **DEFENDANTS**

\* \* \* \* \*

The Court ORDERS that the motion of the United States to unseal is GRANTED, and the indictment and other pleadings sealed by the Order of November are UNSEALED.

On this \_\_\_\_ day of _____, 2021.

                                                     HANLY A. INGRAM, MAGISTRATE JUDGE

Copies:      W. Samuel Dotson, Assistant United States Attorney