UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
NOV 19 2021
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

CRIMINAL ACTION NO. <u>6:21-CR-41-S-CHB-HAI</u>

UNITED STATES OF AMERICA      PLAINTIFF

V.     <u>**MOTION OF UNITED STATES FOR WRIT**</u>
      <u>**OF HABEAS CORPUS AD PROSEQUENDUM**</u>

DANIEL KELLY      DEFENDANT

\* \* \* \* \*

The Defendant, **DANIEL KELLY**, is now confined at the Laurel County Detention Center in London, Kentucky, awaiting trial for a violation of Kentucky law. Accordingly, the United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **KELLY** to the United States Marshal so that **KELLY** may be brought before this Court for an arraignment and for other proceedings.

Respectfully submitted,

CARLTON S. SHIER, IV
ACTING UNITED STATES ATTORNEY

By: _____
W. Samuel Dotson
Assistant United States Attorney
601 Meyers Baker Rd.
London, Kentucky 40741
(606) 864-5523
william.s.dotson@usdoj.gov