UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

Eastern District of Kentucky
**FILED**
NOV 19 2021
AT LONDON
ROBERT R. CARR
CLERK U.S. DISTRICT COURT

**CRIMINAL ACTION NO. 6:21-CR-41-S-CHB-HAI**

**UNITED STATES OF AMERICA**     **PLAINTIFF**

V.     **ORDER GRANTING MOTION OF UNITED STATES FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM**

**DANIEL KELLY**     **DEFENDANT**

\* \* \* \* \*

On November 19, 2021, the federal grand jury indicted the Defendant, **DANIEL KELLY**, on charges of conspiring together and with others to knowingly and intentionally distribute a mixture or substance containing a detectable amount of fentanyl. **KELLY** is now confined at the Laurel County Detention Center in London, Kentucky, awaiting trial for a violation of Kentucky law. The United States moves for a writ of habeas corpus ad prosequendum commanding the jailer to deliver **KELLY** to the United States Marshal so that **KELLY** may be brought before this Court for an arraignment and for other proceedings.

Accordingly, the Court ORDERS:

(1) the Motion of the United States for a writ of habeas corpus ad prosequendum is GRANTED;

(2) the jailer shall DELIVER the Defendant, **DANIEL KELLY**, to the United States Marshal for the Eastern District of Kentucky;

(3) the Marshal shall DELIVER **KELLY** in custody before the United States District Court at London, Kentucky, on December 21, 2021, at 1:30 p.m., for an arraignment on the federal charges against him, and from time to time thereafter until this case is disposed of; and

(4) the Marshal shall safely KEEP **KELLY** in custody until he is no longer needed, at which time the Marshal shall RETURN **KELLY** to the custody of the jailer.

On this 14th day of November, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

Copies:   United States Marshal (3 certified copies)
          United States Probation
          W. Samuel Dotson, Assistant United States Attorney