UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
6:21-CR-00041

***THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED***

| UNITED STATES OF AMERICA | PLAINTIFF |
|---|---|
| VS. | |
| DAKOTA VENABLE | DEFENDANT |

### RESPONSE TO MOTION TO CONTINUE

Comes the Defendant, Dakota Venable, by counsel, and in response to the United States Motion to Continue Trial, (D.E. # 54), and states as follows:

Undersigned counsel has discussed the current posture of this case, and the United States Motion to Continue the Trial, with Defendant Dakota Venable via Teleconference on November 23, 2021. Undersigned counsel can represent that Defendant, Dakota Venable has no objection to the requested continuance.

    Respectfully submitted,

    Jason E. Williams, Esq.
    Williams & Towe Law Group, PLLC
    P.O. Box 3199
    London, KY 40743-3199
    Telephone: (606) 877-5291
    jason@wftlaw.com
    brandy@wftlaw.com

By:    /s/Jason E. Williams_____
    JASON E. WILLIAMS, ESQ.
    *Counsel for Defendant, Dakota Venable*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on November 23, 2021, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

W. Samuel Dotson
Assistant United States Attorney
601 Meyers Baker Rd.
London, Kentucky 40741
William.s.dotson@usdoj.gov

                          /s/Jason E. Williams
                          JASON E. WILLIAMS, ESQ.
                          *Counsel for Defendant. Dakota Venable*