**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA,**

    **PLAINTIFF,**

**V.**                                          **INDICTMENT NO.  6:21-CR-41-S-CHB-HAI-5**

**DANIEL KELLY,**

    **DEFENDANT.**

---

## REQUEST FOR DISCOVERY UNDER RULE 16(a)

---

    Comes the Defendant, Daniel Kelly, by counsel, and makes the following discovery request pursuant to Rule 16(a) of the Federal Rules of Criminal Procedure and any other applicable law. Specifically, the Defendant requests that the government disclose to counsel for Defendant each of the following items for the purposes of inspection, copying, and/or photographing:

    A.    Any relevant written or recorded statements made by the Defendant within the possession or constructive possession of the government, the existence of which is known, or by the exercise of due diligence may become known to the government;

    B.     The portion of any written record containing the substance of any relevant oral statement made by the Defendant, whether before or after arrest, in response to interrogation by any person then known to Defendant to be a government agent;

    C.    Recorded testimony of Defendant before a grand jury which relates to the offense charge;

  D. The substance of any other relevant oral statement made by the Defendant, either before or after arrest (regardless of whether that statement was recorded in a written record) if such statement was made in response to the interrogation by any person unknown by Defendant to be a government agent, and that the government intends to use that statement at trial;

  E. A copy of Defendant's prior criminal record that is within the possession or constructive possession of the government, the existence of which is of known, or by the exercise of due diligence may become known to the government;

  F. Books, papers, documents, photographs, tangible objects, buildings, places, or copies or portions thereof, which are within the possession, or constructive possession of the government, and which are material to the preparation of Defendant's defense, or are intended for use by the government as evidence and chief at the trial, or obtained from or belong to the Defendant;

  G. Any results or reports of physical or mental examinations, and of scientific tests or experiments, or copies thereof, which are within the possession or constructive possession of the government, the existence of which is known, or by the exercise of due diligence may become known to the government, and which are material to the preparation of the defense or are intended for use by the government as evidence and chief at the trial;

  H. A written summary of any testimony the government intends to use under Rule 702, 703, and 705 of the Federal Rules of Evidence. Such summary should describe the witnesses' opinions, the basis and reasons therefore, and the witnesses' qualifications.

  If, prior to or during the trial of this matter, the government discovers additional evidence or material that is requested in this pleading or has been ordered disclosed by the Court, counsel

for Defendant should be promptly notified of the existence of such additional evidence or material. FED. R. CRIM. P.16(c).

        Respectfully submitted,

        /s/Bryan K. Sergent
        Bryan K. Sergent
        Madden Sergent, PLLC
        116 Lawyer Street, Ste. 1
        Manchester, Kentucky 40962
        Phone:  606-598-6124
        Fax:  606-598-6129
        Email:  bsergent@maddensergent.com
        *Counsel for Defendant*
        *Daniel Kelly*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all parties of record.

        /s/ Bryan K. Sergent
        Counsel for Defendant
        Daniel Kelly