UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**UNITED STATES OF AMERICA,**

    **PLAINTIFF,**

**V.**                                            **INDICTMENT NO.  6:21-CR-41-S-CHB-HAI-5**

**DANIEL KELLY,**

    **DEFENDANT.**

## REQUEST FOR NOTICE OF INTENT
## TO USE RULE 404(b) EVIDENCE

Comes the Defendant, Daniel Kelly, by counsel, and makes the following discovery request pursuant to Rule 404(b).

Defendant requests that the Government provide reasonable notice in advance of trial to counsel for Defendant of the general nature of any evidence the Government intends to introduce at trial pursuant to Rule 404(b) of the Federal Rules of Evidence.

                                                  Respectfully submitted,

                                                  /s/Bryan K. Sergent
                                                  Bryan K. Sergent
                                                  Madden Sergent, PLLC
                                                  116 Lawyer Street, Ste. 1
                                                  Manchester, Kentucky 40962
                                                  Phone:  606-598-6124
                                                  Fax:  606-598-6129
                                                  Email:  bsergent@maddensergent.com
                                                  *Counsel for Defendant*
                                                  *Daniel Kelly*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all parties of record.

      /s/ Bryan K. Sergent
      Counsel for Defendant
      Daniel Kelly