**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA,**

    **PLAINTIFF,**

**V.**                                             **INDICTMENT NO.  6:21-CR-41-S-CHB-HAI-5**

**DANIEL KELLY,**

    **DEFENDANT.**

---

**REQUEST FOR BRADY EVIDENCE**

---

    Comes the Defendant, Daniel Kelly, by counsel, and requests production of evidence pursuant to the decision in <u>Brady v. Maryland</u> 37 US 83 (1963). Under <u>Brady</u> the Government should disclose any evidence in its possession that is both favorable to the Defendant and material to the issues of guilt or punishment, and which is not otherwise covered by the Defendant's request under Rule 16(a).  Specifically, this request includes, but is not limited to disclosure of the existence of witnesses favorable to Defendant, witness statements favorable to Defendant, evidence tending to affect credibility of evidence to be used by the Government, promises of non-prosecution made to a government witness, any other arrangement between the government and a witness as beneficial in any way to the witness, or any other evidence exculpatory of Defendant.  This evidence should be disclosed to Defendant in time for effective use of such evidence at trial.

        Respectfully submitted,

        /s/Bryan K. Sergent
        Bryan K. Sergent
        Madden Sergent, PLLC
        116 Lawyer Street, Ste. 1
        Manchester, Kentucky 40962
        Phone:  606-598-6124
        Fax:  606-598-6129
        Email:  bsergent@maddensergent.com
        *Counsel for Defendant*
        *Daniel Kelly*

## **CERTIFICATE OF SERVICE**

I hereby certify that on December 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all parties of record.

        /s/ Bryan K. Sergent
        Counsel for Defendant
        Daniel Kelly