UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

**UNITED STATES OF AMERICA,**

    **PLAINTIFF,**

**V.**                                   **INDICTMENT NO.  6:21-CR-41-S-CHB-HAI-5**

**DANIEL KELLY,**

    **DEFENDANT.**

**REQUEST FOR JENCKS EVIDENCE**

Comes now the Defendant, Daniel Kelly, by and through the undersigned Counsel, and pursuant to the directive in 18 U.S.C. § 3500 (b), known and referred to herein as the "Jencks Act", and hereby requests that, following the direct examination of any witnesses called by the government at trial, the government be required to produce to counsel for the Defendant any statement of the witness in the possession of the government, which relates to the subject matter of the testimony, The term "statement" used above means:

    a.    A written statement made by the witness and signed or otherwise adopted or approved by that witness;

    b.    A stenographic, mechanical, electrical or other recording, or a transcription thereof, which is substantially verbatim recital of an oral statement made by the witness and recorded contemporaneously with the making of such oral statement;

    c.    At statement however taken or recorded, or a transcription thereof made by the witness to a Grand Jury.

Respectfully submitted,

/s/Bryan K. Sergent
Bryan K. Sergent
Madden Sergent, PLLC
116 Lawyer Street, Ste. 1
Manchester, Kentucky 40962
Phone:  606-598-6124
Fax:  606-598-6129
Email:  bsergent@maddensergent.com
*Counsel for Defendant*
*Daniel Kelly*

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2021, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all parties of record.

/s/ Bryan K. Sergent
Counsel for Defendant
Daniel Kelly