**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**SOUTHERN DIVISION**
**LONDON**

**UNITED STATES OF AMERICA,**

      **PLAINTIFF,**

**V.**                                  **INDICTMENT NO.  6:21-CR-41-S-CHB-HAI-5**

**DANIEL KELLY,**

      **DEFENDANT.**

**RESPONSE TO MOTION TO CONTINUE TRIAL**

*** *** ***

Comes the Defendant, Daniel Kelly, by and through the undersigned counsel, and hereby responds to co-defendant, Kevin J. Trett's, Motion to Continue the Trial and related deadlines currently scheduled for February 8, 2022.  Undersigned counsel hereby states, after consultation with Mr. Kelly that he has no objection to a continuation of the trial. [R. 79].

Respectfully submitted,

*/s/Bryan K. Sergent*
Bryan K. Sergent
Madden Sergent, PLLC
116 Lawyer Street, Ste. 1
Manchester, Kentucky 40962
Phone:  606-598-6124
Fax:  606-598-6129
Email:  bsergent@maddensergent.com
*Counsel for Defendant*
*Daniel Kelly*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 11, 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notice of the electronic filing to all parties of record.

/s/ Bryan K. Sergent_____
Counsel for Defendant
Daniel Kelly
