UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
6:21-CR-00041

*THIS DOCUMENT HAS BEEN ELECTRONICALLY FILED*

UNITED STATES OF AMERICA                                                                      PLAINTIFF

VS.

DAKOTA VENABLE                                                                                      DEFENDANT

---

**DAKOTA AUSTIN VENABLE RESPONSE TO DEFENDANT KEVIN J TRETTS MOTION TO CONTINUE TRIAL AND COURT ORDER FOR EXPEDITED RESPONSE (D.E. 83)**

---

Comes the Defendant Dakota Venable, and for his Response to Trett's Motion for Continuance and states as follows:

Undersigned counsel can represent that he has consulted with this defendant, via zoom teleconference and that Kevin J. Trett's motion to continue, and the court's order has been discussed. After the discussion Mr. Venable has no objection to the requested continuance.

                                                Respectfully submitted,

                                                Jason E. Williams, Esq.
                                                Williams & Towe Law Group, PLLC
                                                P.O. Box 3199
                                                London, KY 40743-3199
                                                Telephone:  (606) 877-5291
                                                jason@wftlaw.com
                                                brandy@wftlaw.com

                                    By:       /s/Jason E. Williams_____
                                                JASON E. WILLIAMS, ESQ.
                                                *Counsel for Defendant, Dakota Venable*

1

## CERTIFICATE OF SERVICE

      I hereby certify that on January 12, 2022, I electronically filed the foregoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to the following:

W. Samuel Dotson
Assistant United States Attorney
601 Meyers Baker Rd.
London, Kentucky 40741
William.s.dotson@usdoj.gov

                                              /s/Jason E. Williams
                                              JASON E. WILLIAMS, ESQ.
                                              *Counsel for Defendant. Dakota Venable*