UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at London)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>DAKOTA AUSTIN VENABLE, )<br>WILLIAM CASEY FISH, )<br>KEVIN J. TRETT, )<br>DANIEL KELLY, )<br>)<br>Defendants. )<br>) | Criminal Action No. 6:21-CR-041-CHB<br><br>**ORDER GRANTING MOTION TO CONTINUE TRIAL** |

\*\*\* \*\*\* \*\*\* \*\*\*

This matter is before the Court on Defendant Kevin J. Trett's Motion to Continue Trial [R. 78]. Having reviewed the Motion and Responses by the United States [R. 79] and co-defendants William Casey Fish, Daniel Kelly, and Dakota Austin Venable, [R. 84; R. 85; R. 86], which state having no objection to the requested continuance, and the Court being otherwise sufficiently advised,

**IT IS HEREBY ORDERED** as follows:

1.  Defendant Kevin J. Trett's Motion to Continue Trial [**R. 78**] is **GRANTED.**

2.  <u>Trial</u>. The **Jury Trial** currently set for February 8, 2022, is **REMANDED** from the Court's docket. The **Jury Trial** is **RESCHEDULED** for **Tuesday, April 12, 2022, at the hour of 9:00 a.m.**, before the Honorable Claria Horn Boom, United States District Judge, at the United States Courthouse in **London, Kentucky**. Counsel shall be present in the courtroom at **8:30 a.m.**

1

3.  <u>Pretrial Filings</u>.  All pretrial filings and deadlines as set forth in the Court's Standing Pretrial and Trial Management Order [**R. 25-1; R. 67-1; R. 73-1**] shall be relative to this new trial date.

4.  <u>Motion for Re-arraignment</u>.  If the defendant intends to enter a plea of guilty, defense counsel shall file a motion for re-arraignment.  All motions for re-arraignment shall be filed no later than **fourteen (14) days before the scheduled trial date**, absent good cause.  A defendant is advised that failure to comply with this filing requirement will be considered by the Court in determining whether to grant credit for acceptance of responsibility. *See* U.S.S.G. §3E1.1.  Following the filing of a motion for re-arraignment, and if the parties intend to proceed pursuant to a written plea agreement, the United States shall submit a copy of the proposed plea agreement for the Court's review at least **one day** prior to any hearing on the defendant's motion for re-arraignment.  This document shall be transmitted as an electronic attachment to *boom_chambers@kyed.uscourts.gov*.

5.  <u>Speedy Trial Act</u>.  The time between the current trial date of **February 8, 2022,** and the new trial date of **April 12, 2022,** is **DECLARED** excludable in computing the time within which the trial must commence under the Speedy Trial Act pursuant to 18 U.S.C. § 3161 (h)(7)(A); (h)(7)(B)(i).  The Court **FINDS** that the ends of justice served by the granting of such continuance outweigh the best interests of the public and defendants in a speedy trial. 18 U.S.C. § 3161(h)(7)(A).  Specifically, failure to grant this continuance would deny counsel for the defendants the reasonable time necessary for effective preparation, due to the need for time to receive and review discovery and prepare for trial. 18 U.S.C. § 3161(h)(7)(A); (h)(7)(B)(iv).

The Court **HOLDS** that Defendant's Motion is not made for the purpose of undue

2

delay, nor is this continuance granted "because of general congestion of the Court's calendar, or lack of diligent preparation or failure to obtain available witnesses on the part of the attorney for the Government." 18 U.S.C. § 3161(h)(7)(C).

This the 12th day of January, 2022.

*Claria Horn Boom*
CLARIA HORN BOOM,
UNITED STATES DISTRICT COURT JUDGE
EASTERN AND WESTERN DISTRICTS OF
KENTUCKY